CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH ARUANNO, | Civil No. 11-1842 (JLL) |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN JOHNSON, et al., | |
| Defendants. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 22nd day of June, 2011,

ORDERED that the application to proceed in forma pauperis is granted; and it is further

ORDERED that the Complaint (Docket Entry #1) is dismissed with prejudice for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall close the file.

/s/ Jose L. Linares
**JOSE L. LINARES, U.S.D.J.**